[Civil No. 4185.   Filed June 17, 1940.]

[103 Pac. (2d) 960.]

BERT TILTON and E. C. SEALE, Appellants, v. THE BOARD OF SUPERVISORS OF YAVA- PAI COUNTY et al., Appellees.

Messrs. Favour, Baker & Crawford, for Appellants.

Mr. Charles L. Ewing, County Attorney, and Mr. John R. Franks, Deputy County Attorney, for Appellees.

PER CURIAM.—The facts of this case being on all fours with those in Cause No. 4216, *Miners & Merchants Bank* v. *Board of Supervisors of Cochise County, ante,* p. 357, 101 Pac. (2d) 461, the judgment in Cause No. 4216 is controlling in this case and, upon the authority of that case, the judgment herein appealed from is reversed and the cause remanded with directions that judgment be entered for the plaintiffs.

ROSS, C. J., and LOCKWOOD and McALISTER, JJ., concur.